## Wiggins *v.* The State.

APPEAL from the City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

HILL & HILL, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

· The appellant in this case was indicted, tried and convicted for gaming.

The judgment of conviction is reversed, the cause remanded on the authority of *James v. State*, 133 Ala. 208.

Opinion by SHARPE, J.